(This case is reported in 195 Ala. 673, and 70 South. 720.— Reporter.)

---

## MINDEN v. THE STATE.

(Decided November 18, 1915.)

APPEAL from Mobile City Court.

Heard before Hon. O. J. SEMMES.

G. H. KRUEMPEL, for appellant.  W. L. MARTIN, Attorney General, and J. P. MUDD, Assistant Attorney General, for the State.

PELHAM, P. J.—No bill of exceptions and no error of record. Affirmed.

---

## McBRIDE v. THE STATE.

(Decided February 1, 1916.)

APPEAL from Coffee Circuit Court.

Heard before Hon. H. A. PEARCE.

No counsel marked for appellant.  W. L. MARTIN, Attorney General, for the State.

PELHAM, P. J.—Appeal dismissed on motion of the Attorney General, under the authority of Sanders v. State, infra, 70 South. 949, the same conditions obtaining as in that case.

---

## SMITH v. THE STATE.

(Decided February 1, 1915.)

APPEAL from Houston Circuit Court.

Heard before Hon. H. A. PEARCE.

No counsel marked for appellant.  W. L. MARTIN, Attorney General, for the State.

PELHAM, P. J.—Appeal dismissed on motion of the Attorney General, under the authority of Sanders v. State, infra, 70 South. 949, the same conditions obtaining as in that case.